HIF BIO, INC. and BizBiotech Co., Ltd., Plaintiffs–Appellees,

v.

YUNG SHIN PHARMACEUTICALS INDUSTRIAL CO., LTD. (doing business as Yung Shin Pharmaceuticals and Yung Shin Pharm. Ind. Co. Ltd.), Yung Zip Chemical Co., Ltd., Fang–Yu Lee, and Che–Ming Teng, Defendants,

and

Carlsbad Technology, Inc., Defendant–Appellant,

and

Fish and Richardson P.C. and Y. Rocky Tsao, Defendants.

HIF Bio, Inc. and BizBiotech Co., Ltd., Plaintiffs–Appellants,

v.

Yung Shin Pharmaceuticals Industrial Co., Ltd. (doing business as Yung Shin Pharmaceuticals and Yung Shin Pharm. Ind. Co. Ltd.), Yung Zip Chemical Co., Ltd., Fang–Yu Lee, and Che–Ming Teng, Defendants,

and

Carlsbad Technology, Inc., Defendant–Appellee,

and

Fish and Richardson P.C. and Y. Rocky Tsao, Defendants.

No. 2006–1522, 2006–1568.

United States Court of Appeals, Federal Circuit.

Feb. 23, 2007.

ON MOTION

*ORDER*

Upon consideration of HIF Bio, Inc. and BizBiotech Co. Ltd.'s unopposed motion to voluntarily dismiss their cross-appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2006–1568.

(3) The revised official captions are reflected above.